**NORREDLAW** PLLC

Intellectual Property • Litigation • Bankruptcy

April 27, 2026

The United States Bankruptcy Court

Northern District of Texas – Fort Worth Division

**Via Efile.txcourts.gov**

*Attn: Clerk of the Court*

### VACATION LETTER

*Case No. 26-04004; Charli Pack and Charli Ventures, LLC v. Joseph J. Terndrup*

Please allow this to serve as notice that I will be on vacation and unavailable for hearing, trials or other events on the following dates:

May 15, 2026 to May 22, 2026

All parties seeking electronic service in the instant case are hereby notified of the same.

Respectfully Submitted,

NORRED LAW, PLLC

By: */s/ Solomon G. Norred*
Solomon G. Norred, Texas Bar Number 24138007
sgn@norredlaw.com
Warren V. Norred, Texas Bar Number 24045094
warren@norredlaw.com
515 E. Border; Arlington, Texas 76010
P. 817-704-3984 F. 817-524-6686
Attorneys for Defendant

**Certificate of Service –** I hereby certify that a copy of the foregoing has been served on all parties seeking electronic service in the instant case via Efile.txcourts.gov on April 27, 2026.

*/s/ Solomon G. Norred*
Solomon G. Norred