UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **In re:**<br><br>**JOSEPH J. TERNDRUP,**<br><br>    **Debtor.**<br><br>**CHARI PACK and CHARI VENTURES, LLC,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**JOSEPH J. TERNDRUP,**<br><br>    **Defendant.** | **Case No. 25-44558-elm7**<br><br>**Chapter 7**<br><br>**Adversary No. 26-04004-elm** |

## DEFENDANT'S PRETRIAL DISCLOSURES

Pursuant to Federal Rule of Bankruptcy Procedure 7026 and Federal Rule of Civil Procedure 26(a)(3), Defendant Joseph J. Terndrup ("Defendant") provides the following pretrial disclosures regarding the evidence he may present at trial, other than solely for impeachment. Defendant reserves the right to amend, withdraw, or supplement these disclosures as permitted by the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, and in accordance with any order of the Court.

**I.      Witnesses — Rule 26(a)(3)(A)(i)**

**A.      Witnesses Defendant Expects to Present**

1, Joseph J. Terndrup
c/o Solomon Norred, Norred Law, PLLC
515 East Border Street, Arlington, TX 76010
817-704-3984

2. Aren Voyles
817-690-7805
aren@sandsationalsparkle.com
108 Northeast Brushy Mound Road, Burleson, Texas, 76028

3. Jared Nugent
jnugent@secondwindconsultants.com
47 Pleasant St Ste 2-S, Northampton, MA 01060
(413) 341-5089

**B.      Witnesses Defendant May Call If the Need Arises**

1. Chari Pack
c/o Munck Wilson Mandala, LLP
2000 McKinney Ave., Suite 1900, Dallas, TX 75201
972-628-3600

Defendant may also call any of the following non-retained expert witnesses at the trial of this cause:

2. Solomon Norred
Norred Law, PLLC
515 E. Border St., Arlington, TX, 76010
817-704-3984

3. Warren Norred
Norred Law, PLLC
515 E. Border St., Arlington, TX, 76010
817-704-3984

**II.      Deposition Designations — Rule 26(a)(3)(A)(ii)**

Defendant does not presently intend to present testimony by deposition. However, Defendant does reserve the right to use the depositions of Aren Voyles, and Rule 2004 examination of Joseph Terndrup to refresh recollection, or rebuttal. In an abundance of caution, Defendant designates the following portions of the deposition and Rule 2004 examination as follows:

Joseph Terndrup Rule 2004 Deposition: 72:20–74:21, 91:14–92:24, 93:11–97:24, 107:1–108:2, 111:20–113:24, 130:8-133:25, 176:22–177:12

Deposition of Aren Voyles: 10:1–24:20, 81:19–85:23, 96:21–99:1, 136:2–137:3, 162:3–169:25

**III.     Exhibits — Rule 26(a)(3)(A)(iii)**

Defendant expects to offer the following documents and exhibits, including any version, draft, attachment, or related document thereof:

| Exh. No. | Description | Offered | Objection | Admitted/Disposition |
|---|---|---|---|---|
| Exh. 1 | Desktop Appraisal Report for Persnickety LLC (JT000040-49) | | | |
| Exh. 2 | Dune Loan Documents (JT000050-76) | | | |
| Exh. 3 | Dune Application for Uplily, LLC (JT005092-JT005094) | | | |
| Exh. 4 | Modification of Promissory Note by Veritex and email chain (JT005051-5057) | | | |
| Exh. 5 | Offer of Employment from Uplily LLC to Joseph Terndrup (JT000191-194) | | | |
| Exh. 6 | Consulting Agreement between Uplily LLC and Joseph Terndrup (JT000195-197) | | | |
| Exh. 7 | Consulting Agreement between HoldingCo, LLC and Joseph Terndrup (JT000198-200) | | | |
| Exh. 8 | Invoice to Uplily LLC for license payments from Persnickety LLC (JT000275) | | | |
| Exh. 9 | Invoice to Uplily LLC for license payments from Sunny Lark LLC (JT000276) | | | |
| Exh. 10 | Invoice to Uplily LLC for license payments from Undg F&P, LLC (JT000277) | | | |
| Exh. 11 | Newspaper Notice of Public Sale (JT000278-JT000280) | | | |
| Exh. 12 | Veritext Commitment Letter and email sent on June 6, 2025 (JT000575—577) | | | |

| | | | | |
|---|---|---|---|---|
| Exh. 13 | Veritext Amended Commitment Letter and email sent on July 1, 2025 (JT001061-1063) | | | |
| Exh. 14 | Email from Alvin Pedescleaux on June 6, 2025 (JT000578-579) | | | |
| Exh. 15 | Secured Party Sales Agreement between Pinnacle Financial Partners, Sunny Lark LLC, and Uplily, LLC (JT000867-874) | | | |
| Exh. 16 | Secured Party Sales Agreement between Pinnacle Financial Partners, UNDG F&P, LLC, and Uplily, LLC (JT000859-866) | | | |
| Exh. 17 | Emails with Dune Funding regarding Purchase agreements of Sunny Lark, LLC and UNDG F&P, LLC (JT000598-599) | | | |
| Exh. 18 | Emails between Veritex and Jared Nugent regarding Persnickety LLC Notices and clearing title (JT000720-747) | | | |
| Exh. 19 | Emails with Dune Funding showing updated financials for UNDG F&P, Uplily LLC, Persnickety Prints, and Sunny Lark Co including Balance sheets, Profit and Loss Statements (JT000608-668, 000750-751) | | | |
| Exh. 20 | Executed Voluntary Surrender Agreement, Asset List, and Bill of Sale (JT002402-JT002415) | | | |
| Exh. 21 | Email from Jospeh Terndrup to Aren Voyles regarding CPA conversation and switching to W-2, including executed Business Loan Agreement | | | |

| | | | | |
|---|---|---|---|---|
| Exh. 22 | Uplily LLC Operating agreement – September 28, 2024 (JT002156-2169) | | | |
| Exh. 23 | Uplily LLC Secretary of State Formation Documents (JT002277-2280) | | | |
| Exh. 24 | Trademark License Agreements between Drups Ventures, LLC and Uplily, LLC, Drups Co, LLC and Uplily, LLC, Undg F&P, LLC and Uplily, LLC, Persnickety, LLC and Uplily, LLC, Sunny Lark, LLC and Uplily, LLC (-JT002302-2351) | | | |
| Exh. 25 | Business Consulting Agreement between SWC and Sunny Lark, LLC, Undg F&P, LLC, Persnickety LLC, Drups Co LLC, Drups Ventures, LLC, and Drups Net, LLC (JT002368-2386) | | | |
| Exh. 26 | Business Entity Preparation Agreement between Aren Voyles and SWC for HoldingCo and Uplily, LLC and Addendums (JT002387-2394) | | | |
| Exh. 27 | Persnickety LLC 2024 tax return (JT004081-4102) | | | |
| Exh. 28 | Drups Ventures LLC 2024 tax return (JT004060-4080) | | | |
| Exh. 29 | Undg F&P LLC 2024 tax return (JT004103-4124) | | | |
| Exh. 32 | Emails between Dune, SWC, and Joseph Terndrup regarding plans moving forward, Aren Voyles PG, and usage of loan (JT005540-5550) | | | |
| Exh. 34 | Emails between Joseph Terndrup and Chari Pack (Pack_000459-466) | | | |
| Exh. 46 | Desktop Appraisal Report for Undg F & P LLC (JT000007-13) | | | |

| | | | | |
|---|---|---|---|---|
| Exh. 47 | Desktop Appraisal Report for Sunny Lark LLC (JT000014-21) | | | |
| Exh. 48. | Desktop Appraisal Report for Drups Co LLC (JT000022-29) | | | |
| Exh. 49. | Desktop Appraisal Report for Drups Ventures, LLC (JT000030-39) | | | |
| Exh. 66 | Email thread between Jared Nugent and Alvin Pedescleaux about notices and clearing title (JT000601-JT000604) | | | |
| Exh. 67 | Email between Jordan Battenfield and Alvin Pedescleaux on July 17, 2025 (JT001260-JT001261) | | | |
| Exh. 68 | Business Records Affidavit of Joseph Terndrup | | | |
| Exh. 71 | Sunny Lark Inventory Appraisal (JT000529-557) | | | |
| Exh. 85 | Pinnacle Notice of Default to UNDG F&P, LLC and Sunny Lark Co.(JT010157-162) | | | |
| Exh. 88 | June 27, 2025 Notice from Veritex, July 15, 2025 Notice of Disposition of Collateral, August 5, 2025 Notice (JT010838-847) | | | |
| Exh. 91 | Second Wind Consulting Program Schedule and Power of Attorney for Joseph Terndrup (JT002373-2375) | | | |
| Exh. 92 | Closing Statement for Persnickety Prints (PACK_000001-000002) | | | |
| Exh. 93 | Continuing Unconditional Guaranty (PACK_000003-PACK_000005) | | | |
| Exh. 94 | Promissory Note (PACK_000009-PACK_000016) | | | |

| Exh. 95 | Security Agreement (PACK_000017-PACK000020) | | | |
|---|---|---|---|---|
| Exh. 96 | Standby Promissory Note (PACK_000021-PACK000028) | | | |
| Exh. 101 | Tangible Asset Restricted Appraisal Report for Veritex Community Bank | | | |
| Exh. 102 | Asset Purchase Agreement (Pack_000309-Pack_000369) | | | |
| Exh. 103 | First Amendment to Asset Purchase Agreement (Pack_000370-PACK_000398) | | | |
| Exh. 104 | Persnickety LLC Balance Sheets (Dec. 31, 2024; Nov. 30, 2025), Profit and Loss (Jan 1-Dec. 2024 ;Jan.-Nov. 2025) – (JT004000-4002; JT004032-4034; JT004125-4129) | | | |
| Exh. 105 | Sunny Lark Co Balance Sheet (Dec. 31, 2024; Nov. 30, 2025), Profit and Loss (Jan 1-Dec. 2024; Jan.-Nov. 2025) – (JT004035-4039; JT004307-4310) | | | |
| Exh. 106 | Undg F&P, LLC Balance Sheet (Dec. 31, 2024; Nov. 30, 2025), Profit and Loss (Jan 1-Dec. 2024; Jan.-Nov. 2025) – (JT004040-4046; JT004311-4315) | | | |
| Exh. 107 | Voluntary Petition for Individuals Filing for Bankruptcy for Joseph Terndrup | | | |
| Exh. 108 | Statement of Financial Affairs Filing for Bankruptcy for Joseph Terndrup | | | |
| Exh. 109 | Schedule A/B: Property for Joseph Terndrup | | | |
| Exh. 110 | Action taken by the Member of Uplily, LLC (JT000057-58) | | | |

**Defendant *may* offer the following documents and exhibits, including any version, draft, attachment, or related document thereof:**

| | | | | |
|---|---|---|---|---|
| Exh. 30 | Email from Joseph Terndrup to SWC regarding Veritex communication (JT004724) | | | |
| Exh. 31 | Email from SWC to Veritex explaining income statements (JT005036-5045) | | | |
| Exh. 33 | Email from SWC including producing documents and answers to Joseph Terndrup for Dune and included documents sent by SWC (JT005494-5539) | | | |
| Exh. 35 | Plaintiff's Responses to Defendant's Requests for Interrogatories | | | |
| Exh. 36 | Plaintiff's Responses to Defendant's Requests for Production | | | |
| Exh. 37 | Plaintiff's Responses to Defendant's Requests for Admissions | | | |
| Exh. 38 | Emails between Joseph Terndrup and SWC regarding SWC approval of licensing agreements (JT004715-4722) | | | |
| Exh. 39 | Joseph Terndrup's 2025 W-2 for Persnickety Co (JT009668) | | | |
| Exh. 40 | Joseph Terndrup's 2025 W-2 for Sunny Lark Co (JT009669) | | | |
| Exh. 41 | Joseph Terndrup's 2025 W-2 for UNDG F&P LLC (JT009670) | | | |
| Exh. 42 | Joseph Terndrup's 2025 W-2 for Uplily, LLC (JT009671) | | | |
| Exh. 43 | Persnickety Co Acct 7607 showing Uplily LLC license payment (JT003404) | | | |

| | | | | |
|---|---|---|---|---|
| Exh. 44 | Uplily Acct 3239 showing license payment to Sunny Lark on February 27, 2025 (JT002705) | | | |
| Exh. 45 | Uplily Acct 1919 showing license payment to Undg F&P, LLC on February 27, 2025 (JT002593) | | | |
| Exh. 50 | Persnickety Co Wells Fargo Acct #7607 Bank Statements January 1, 2024-August 31, 2025 (JT020000-JT020113 (reorganized chronologically by month) (Old bates stamp: JT003368-JT003481)) | | | |
| Exh. 51 | Persnickety LLC Relay Acct #5259 Bank Statements (Jan 1, 2025-Dec, 1, 2025) (JT002416-JT002442) | | | |
| Exh. 52 | Uplily, LLC Relay Acct #1919 Bank Statements "FP Savings" (Jan 1, 2025-December 1, 2025) (JT002591-JT002614) | | | |
| Exh. 53 | Uplily, LLC Relay Acct #3228 Bank Statements "Persnickety Checking" (Jan 1, 2025-December 1, 2025) (JT002615-JT002701) | | | |
| Exh. 54 | Uplily, LLC Relay Acct #3239 Bank Statements "FP Checking" (Jan 1, 2025-December 1, 2025) (JT002702-JT002826) | | | |
| Exh. 55 | Uplily, LLC Relay Acct #3240 Bank Statements "SL Checking" (Jan 1, 2025-December 1, 2025) (JT002827-JT002877) | | | |
| Exh. 56 | Uplily, LLC Relay Acct #3637 Bank Statements "FP Wholesale" (Jan 1, 2025- | | | |

| | | | | |
|---|---|---|---|---|
| | December 1, 2025) (JT002878-JT002902) | | | |
| Exh. 57 | Uplily, LLC Relay Acct #5698 Bank Statements "DV Checking" (Jan 1, 2025-December 1, 2025) (JT002903-JT002976) | | | |
| Exh. 58 | Uplily, LLC Relay Acct #5701 Bank Statements "Business Savings" (Jan 1, 2025-December 1, 2025) (JT002977-JT003006) | | | |
| Exh. 59 | Uplily, LLC Relay Acct #5997 Bank Statements "Persnickety Cash Deposit" (Jan 1, 2025-December 1, 2025) (JT003007-JT003030) | | | |
| Exh. 60 | Sunny Lark LLC Relay Acct #7338 Bank Statements "Business Checking" (Jan 1, 2025-December 1, 2025) (JT002443-JT002477) | | | |
| Exh. 61 | Undg F&P, LLC Relay Acct #5137 Bank Statements "Operations" (Jan 1, 2025-December 1, 2025) (JT002478-JT002518) | | | |
| Exh. 62 | Undg F&P, LLC Relay Acct #5138 Bank Statements "Working Capital- Savings" (Jan 1, 2025-December 1, 2025) (JT002519-JT002542) | | | |
| Exh. 63 | Undg F&P, LLC Relay Acct #6753 Bank Statements "Wholesale" (Jan 1, 2025-December 1, 2025) (JT002543-JT002566) | | | |
| Exh. 64 | Undg F&P, LLC Relay Acct #6752 Bank Statements "Overseas Inventory" (Jan 1, | | | |

| | | | | |
|---|---|---|---|---|
| | 2025-December 1, 2025) (JT002567-JT002590) | | | |
| Exh. 65 | UNDG F&P LLC Wells Fargo Acct #6348 Bank Statements January 1, 2024-August 31, 2025 (JT020114-JT020197(reorganized chronologically by month) (Old bates stamp: JT003284-JT003367)) | | | |
| Exh. 69 | Agreement for Electronic Closing and Closing Statement (JT000184-190) | | | |
| Exh. 70 | Consulting Agreement between HoldingCo, LLC and Joseph Terndrup (JT000198-200) | | | |
| Exh. 72 | Second Wind Consultants, Inc. Invoices (April 15, 2025: JT003564-566, June 25, 2025 JT000804-806, September 25, 2025: JT002034-2036, October 25, 2025: JT002044) | | | |
| Exh. 73 | Emails with Dune funding regarding price of loan, UCC filing of SWC, and Veritex closing (JT001382-1395) | | | |
| Exh. 74 | Uplily LLC Operating agreement – January 28, 2026 (JT002186-2199) | | | |
| Exh. 75 | Joseph Terndrup and Bina Terndrup 2024 tax return (JT004130-JT004306) | | | |
| Exh. 76 | Persnickety Prints payroll summary by employee Jan 1, 2024-Dec 31, 2025 (JT004336-4347) | | | |
| Exh. 77 | Undg F&P, LLC payroll summary by employee Jan 1, 2024-Dec 31, 2025 (JT004348-JT004383) | | | |

| | | | | |
|---|---|---|---|---|
| Exh. 78 | Sunny Lark Co payroll summary by employee Jan 1, 2024-Dec 31, 2025 (JT004342-4347) | | | |
| Exh. 79 | Uplily, LLC payroll summary by employee Jan 1, 2024-Dec 31, 2025 (JT004384-JT004439) | | | |
| Exh. 80 | Email from Joseph Terndrup to SWC regarding Entity financials and business adjustments and lender (JT004832-4838) | | | |
| Exh. 81 | Email from Joseph Terndrup to Veritex regarding 90 day interest only forbearance for Persnickety, LLC (JT004843, JT004867-69) | | | |
| Exh. 82 | Email from SWC to Veritex stating representation of Joseph Terndrup for Persnickety Print's obligations (JT004844-4847) | | | |
| Exh. 83 | Veritex email with January 2024-December 2024 information for Persnickety prints loan (JT004871-4883) | | | |
| Exh. 84 | Notice of Default email from Chari Pack (JT008044-8046) | | | |
| Exh. 86 | Drups Ventures Chart and email chain between Joseph Terndrup and SWC (JT010805-806) | | | |
| Exh. 87 | Emails regarding 5 SBA loans to SWC from Jospeh Terndrup (JT010807-808) | | | |
| Exh. 89 | Designation portions of Deposition Transcript: In the matter of In Re: Joseph John Terndrup Part I and II | | | |
| Exh. 90 | Trademark Assignment Cover Sheets (PACK_000568-588) | | | |

| Exh. 97 | Designation portions of deposition transcript of Aren Voyles | | | |
|---------|--------------------------------------------------------------|---|---|---|
| Exh. 98 | Veritex email regarding appraiser bid (JT006572-JT006574) | | | |
| Exh. 99 | Veritex confirming Appraisal awarded (JT006593-JT006607) | | | |
| Exh. 100 | Veritex waiting on Appraisal (JT006621-JT006626) | | | |

*Defendant reserves the right to use any exhibit listed or produced by any other party, any document produced in discovery, and any exhibit necessary for rebuttal or impeachment. Defendant reserves the right to object to the use of documents identified on Defendants' Exhibit List if first offered by the opposing party (e.g., if such documents are hearsay, lack foundation, or present other evidentiary bases for objection).*

Respectfully submitted,

*/s/ Solomon G. Norred*
Solomon G. Norred
State Bar No. 24138007
NORRED LAW, PLLC
515 East Border Street
Arlington, TX 76010
sgn@norredlaw.com
817-704-3984
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system on all counsel of record and all other parties entitled to service with the Federal Rules of Bankruptcy Procedure and email.

Jenny L. Martinez
Texas Bar No. 24013109
jmartinez@munckwilson.com
S. Wallace Dunwoody
Texas Bar No. 24040838
wdunwoody@munckwilson.com
Taylor J. Grover
Texas Bar No. 24149650
tgrover@munckwilson.com
MUNCK WILSON MANDALA, LLP
1900 Texas Capital Center
2000 McKinney Avenue
Dallas, Texas 75201
972-628-3600
972-628-3616 Fax

*/s/ Solomon G. Norred*
Solomon G. Norred