

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 13, 2026**

_____

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **In re:** | |
| **JOSEPH J. TERNDRUP,** | |
|     **Debtor.** | |
| | **Case No. 25-44558-elm7** |
| **CHARI PACK and CHARI VENTURES, LLC,** | |
| | **Chapter 7** |
|     **Plaintiffs,** | **Adversary Proceeding No. 26-04004** |
| **v.** | |
| **JOSEPH J. TERNDRUP,** | |
|     **Defendant.** | |

## ORDER GRANTING CONTINUANCE

The Court considered the parties' Agreed Joint Motion for Continuance ("Motion").

1

Finding good cause shown, the Court grants the Motion. It is hereby:

ORDERED that the parties appear for a status conference on **September 8, 2026, at 1:30 p.m.**, via WebEx at https://us-courts.webex.com/meet/morris.

ORDERED that the trial of this adversary proceeding shall commence on **October 19, 2026, at 9:30 a.m.**, before the Honorable Judge Edward L. Morris, U.S. Bankruptcy Court, at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102.

### END OF ORDER ###

Respectfully submitted, and agreed as to form and content:

**NORRED LAW, PLLC**

By: */s/ Solomon G. Norred*
**Solomon G. Norred**
Texas State Bar No. 24138007
sgn@norredlaw.com
515 E. Border St.
Arlington, Texas 76010
Tel. (817) 704-3984
Fax (817) 524-6686

*Counsel for Defendant Joseph J. Terndrup*

**MUNCK WILSON MANDALA, LLP**

By: /s/ *S. Wallace Dunwoody*
**S. Wallace Dunwoody**
Texas State Bar No. 24040838
sdunwoody@munckwilson.com
**Jenny L. Martinez**
Texas State Bar No. 24013109
jmartinez@munckwilson.com
**Taylor J. Grover**
Texas State Bar No. 24149650
tgrover@munckwilson.com
2000 McKinney Avenue
1900 Texas Capital Center
Dallas, Texas 75201
Tel. (972) 628-3600
Fax (972) 628-3616

*Counsel for Plaintiffs Chari Pack and Chari Ventures, LLC*